776 PARSONS vs. CIRCUIT JUDGE (Wayne), 37 M., 287.

To vacate an order setting aside a pluries writ of execution upon a judgment, action upon which is barred by lapse of time.

Denied October 9, 1877.

777 WEISS ET AL. vs. CIRCUIT JUDGE (Wayne), 50 M., 158.

To vacate an order restraining the sheriff from levying an execution upon the property of a surety upon an appeal bond, on appeal from a Justice Court, where the judgment was rendered on August 14th. The costs were taxed August 26th, and the execution issued September 23.

Granted February 27, 1883.

Held, that until taxation of costs, the execution did not become legally issuable within the meaning of Comp. Laws Sec. 6452

778 JENNINGS vs. CIRCUIT JUDGE (Kalamazoo), 44 M., 99.

To compel respondent to grant a motion requiring the sheriff to return an execution on a judgment, in a cause appealed from a justice of the peace, which was ante-dated, for correction.

Denied June 17, 1880, as in any proceeding against the sureties on the appeal bond, the facts could be shown.